**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **AHMAD MOHAMMAD AL DARBI,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 05-2371 (RCL)** |
| | ) | |
| **BARACK OBAMA,** *et al.*, | ) | |
| | ) | |
| **Respondents.** | ) | |

## ORDER

A status conference was held in this matter on June 25, 2010.  In light of the representations of counsel, it is hereby

ORDERED that respondents shall produce the discovery materials requested by petitioner within thirty days; it is further

ORDERED that petitioner shall file his traverse thirty days thereafter; and it is further

ORDERED that the parties shall file a joint status report by August 16, 2010, proposing a schedule for further proceedings in this matter.

SO ORDERED.


Signed by Royce C. Lamberth, Chief Judge, on June 25, 2010.